

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00253-CV

**GUADALUPE COUNTY**,
Appellant

v.

**WOODLAKE PARTNERS, INC**. and Woodlake Partners, L.P.,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1270-CV
The Honorable William Old, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file its brief is GRANTED. Appellant's brief is due on September 27, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court